# MICHAEL LAW GROUP, P.C.

The Chrysler Building
405 Lexington Avenue, 7th Floor
New York, New York 10174

Philip R. Michael, Esq.
Phil.Michael.Law.Group@gmail.com

Telephone: (917) 689-1734
Facsimile: (212) 319-3216

July 27, 2012

The Honorable Jed Rakoff
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1000
Via Email

Re:   **Associates Against Outlier Fraud vs. Huron et al; No. 09 CV 1800 (JSR)**

Dear Judge Rakoff:

By this letter, with the consent of opposing counsel, counsel for Relator in the above-referenced action hereby request permission to withdraw Relator's two ECF submissions of July 25, 2012, No. 142 and No. 143 in the docket, to wit, revised statements in response to Defendants' Rule 56.1 statements.

Very truly yours,

Philip R. Michael.
Michael Law Group
The Chrysler Building
405 Lexington Avenue, 7th Floor
New York, NY 10174
(917) 689-1734
phil.michael.law.group@gmail.com

Christopher M. Slowik, Esq.
Slowik Law Firm PLLC
315 Madison Avenue, Suite 901
New York, NY 10017
(212) 203-3680
cslowik@slowiklawfirm.com

Counsel to Relator

cc:   Counsel for Defendants Huron and Empire

So Ordered: _____       7/25/12
                Jed. S. Rakoff, U.S.D.J.          Date